■ FEDERAL NATIONAL MORTGAGE ASSOCIATION, Respondent, v STEPHEN J. ROTH et al., Appellants. [659 NYS2d 784] —In an action to foreclose a mortgage, the defendants appeal from an order of the Supreme Court, Suffolk County (Rohl, J.), dated May 30, 1996, which, *inter alia,* denied their motion to vacate a judgment of foreclosure and sale entered against them.

Ordered that the order is affirmed, with costs.

The Supreme Court's determination as to credibility at the hearing to determine whether the defendants had been served with process in the action is entitled to great deference on appeal, since it had the opportunity to see and hear the witnesses. Based upon that determination, the Supreme Court properly determined that the plaintiff obtained jurisdiction over the defendants *(see, Citibank v Baronat,* 238 AD2d 369; *Brooklyn Union Gas Co. v Arrao,* 100 AD2d 949; *cf., Wern v D'Allessandro,* 219 AD2d 646).

The defendants' remaining contentions are academic in light of this determination. Joy, J. P., Goldstein, Florio and Luciano, JJ., concur.

■ FEDERAL NATIONAL MORTGAGE ASSOCIATION, Respondent, v SUMRAJ HARILALL et al., Defendants. FRANK WIGLEY, Nonparty Appellant; ALBERT B. ANIAN, Nonparty Respondent. [659 NYS2d 777] —In an action to foreclose a mortgage, nonparty Frank Wigley, a bidder at the foreclosure sale, appeals from an order of the Supreme Court, Queens County (LeVine, J.), dated October 31, 1996, which denied his motion to vacate the foreclosure sale.

Ordered that the order is affirmed, with one bill of costs.

The court properly denied the appellant's motion to vacate the foreclosure sale *(see, Guardian Loan Co. v Early,* 47 NY2d 515, 521; *Crossland Mtge. Corp. v Frankel,* 192 AD2d 571; *Glenville & 110 Corp. v Tortora,* 137 AD2d 654). Mangano, P. J., Sullivan, Altman and McGinity, JJ., concur.